<br/>

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>KEN CHAU, et al.,<br><br>      Defendants. | No. 2:19-cv-10344-JAK-E<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

Pursuant to the December 26, 2024 Order, in which Plaintiff's Motion for Summary Judgment was granted in part, IT IS ORDERED AND ADJUDGED that Plaintiff Luis Marquez shall have JUDGMENT in his favor in the amount of $4,000 against Defendant Sunrise Oil, Inc. and the Trust Defendants, for which Defendants are jointly and severally liable.

**IT IS SO ORDERED.**

Dated: January 16, 2025   _____

John A. Kronstadt

United States District Judge